# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0705, <u>Joan Andrews-Bentivegna v. Merri D. Vacca & a.</u>, the court on September 16, 2019, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

Respondent Kenneth Andrews appeals an order of the Circuit Court (<u>Rappa</u>, J.), in an action brought by the petitioner, Joan Andrews-Bentivegna, against him and respondent Merri D. Vacca to partition certain real estate owned jointly by the three parties.  The trial court denied the respondent's motions for reconsideration, to stop the order to sell, and to dismiss the petition, and granted the petitioner's proposed order giving her authority to sell the property and to place the proceeds in escrow pending further court order.  Andrews contends that:  (1) the deed contains no mechanism for the sale of the property and provides that he retains the property because he alleges that he is "the last remaining owner"; (2) mediation was ordered, but did not take place; (3) no "pre-trial" or trial took place; and (4) "[n]o reason for [the] sale of the property was given."

As the appealing party, Andrews has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, Andrews's challenges to it, the relevant law, and the record submitted on appeal, we conclude that Andrews has not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,**
**Clerk**
